GUARANTY DISCOUNT CORPORATION *v.* BECK ET AL.

[No. 13,195. Filed February 14, 1928.]

*Samuel J. Mantel* and *Donald R. Mote,* for appellant.

*Carey & Cox,* for appellee.

REMY, C. J.—Affirmed, on authority of *Rodefer* v. *Fletcher* (1883), 89 Ind. 563.